**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**SHAWN D. BROOKINS,**<br><br>　　Defendant. | **CASE NO. 2:24-MJ-377**<br><br>**MAGISTRATE JUDGE JOLSON** |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND ARREST WARRANT

Now comes the United States, by and through its counsel, Assistant United States Attorney, Jennifer M. Rausch, and hereby moves the court for a dismissal of the Complaint and Arrest Warrant as it pertains to SHAWN D. BROOKINS. The reasons for dismissal are set forth below.

It has come to the Government's attention that defendant SHAWN D. BROOKINS has been arrested and is now back in USMS custody in the state of West Virginia. The Government requests that the Complaint and Arrest Warrant filed on August 5, 2024 be dismissed without prejudice.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/Jennifer M. Rausch*
JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Jennifer.Rausch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss Complaint and Arrest Warrant was served on October 11, 2024, electronically upon all counsel of record in this case.

*s/Jennifer M. Rausch*
JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney